# EXHIBIT A



**Matt Finston ▶ Cannabis Contrarians**
4 hours ago

I'm preparing a piece solely focused on FITX. I know a few of you here are current shareholders. The article will focus on a very large shareholder with a fraudulent past. I'm not shorting the company. But I believe a piece needs to be written before even more shares become unrestricted on 7/9/2014.

 Like     Comment

**4 people** like this.

Seen by **22 people**.



**Thuy Nguyen**
Go get em'
4 hours ago · Like