# EXHIBIT K

# Howard & Howard
### law for business·

| Ann Arbor | Chicago | Detroit | Las Vegas | Peoria |

direct dial: 248-723-0451            Jeffrey A. Hoover            email: JHoovern@howardandhoward.com

July 3, 2014

Mr. Matt Finston                          **Sent via first class mail and e-mail to**
124 N. Crescent Heights Blvd.              **matt1dabom@netscape.com**
Los Angeles, CA 90048

Re: **Demand for Retraction of Defamatory Statements Concerning Randy Hamdan, Amineh A. Hamdan, and Fihmiya Anwar Hamdan.**

Dear Mr. Finston:

Our firm represents Randy Hamdan. We have learned that you have made and published to third-parties several defamatory per se statements regarding Mr. Hamdan and his family members Amineh A. Hamdan and Fihmiya Anwar Hamdan. Such defamatory statements include statements made by you with malice to third-persons and statements made by you on various social media. These statements include, but are not limited to, the following:

- That Randy Hamdan has a "fraudulent past".

- That Randy Hamdan and "HH Group" were issued 420 Million shares of stock in Creative Edge Nutrition Inc. (ticker symbol FITX) for $0.001 per share.

- That "Vgpr didn't survive Hamden", implying that Randy Hamdan caused Vega Biofuels Inc. to fail or go out of business.

- That "DNAX is another", implying that Randy Hamdan caused DNA Brands, Inc. to fail or go out of business.

- That Randy Hamdan "dumped" FITX stock "into the promotion three years ago".

- That Randy Hamdan is "a serial pump and dump and he's been charged by the SEC for it."

- That Randy Hamdan is "a known pump and dump".

- That Randy Hamdan is "an investor relations ponzi".

www.howardandhoward.com
450 West Fourth Street, Royal Oak, MI 48067-2557                    tel 248.645.1483  fax 248.645.1568
2621630v1

Mr. Matt Finston
July 3, 2014
Page 2 of 2

- Implying that Amineh A. Hamdan and Fihmiya Anwar Hamdan are associated with Hezballah and/or are engaged in or associated with terrorism.

- That Randy Hamdan is "using more profiles to harass and intimidate and pump".

These statements were made by you without basis and are untruthful. Pursuant to MCL § 600.2911(2)(b), our client hereby demands that you and all persons acting in concert with you issue a retraction of all defamatory remarks within seven (7) days in the same fashion in which the statements were initially made. Failure to publish a retraction will subject you to the remedy of exemplary and punitive damages provided for by MCL § 600.2911(2)(b), in addition to any other damages suffered by Mr. Hamdan and/or Amineh A. Hamdan and Fihmiya Anwar Hamdan as a result of your defamatory remarks.

Our client also demands that you immediately *cease and desist* from making any further statements or comments about him or Amineh A. Hamdan and Fihmiya Anwar Hamdan to any third-party, either verbally or in writing (including without limitation through any form of social media.)

In the event you fail to cooperate in this regard, our client would be left with no alternative but to commence litigation to protect himself from your continuing defamatory per se statements, general harassment, and cyber-bullying. If we are forced to initiate such a lawsuit by your conduct, we will seek all general and special damages available, as well as punitive and exemplary damages, as well as reimbursement of all legal fees and costs incurred.

Very truly yours,

HOWARD & HOWARD ATTORNEYS PLLC

Jeffrey A. Hoover

cc: Michael F. Wais, Esq.
Michael J. Beals, Esq.

Howard & Howard
law for business