UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY A. HAMDAN, an individual,   Case No. 2:14-cv-12949-GAD-MKM
                                  Hon. Gershwin A. Drain

    Plaintiff,

v.

MATT FINSTON, an individual

    Defendant.

HOWARD & HOWARD ATTORNEYS PLLC
Michael F. Wais (P45482)
Jeff A. Hoover (P71447)
Attorneys for Plaintiff
450 West Fourth Street
Royal Oak, MI  48067-2557
(248) 645-1483
mwais@howardandhoward.com
jhoover@howardandhoward.com

## VOLUNTARY NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)

Plaintiff, Randy A. Hamdan, by and through counsel, Howard & Howard Attorneys, PLLC, hereby submits his Voluntary Notice of Dismissal Without Prejudice pursuant to FRCP 41(a)(1)(A).

    Respectfully Submitted,

Dated: September 5, 2014      By:   */s/ Michael F. Wais*
                                              Michael F. Wais (P45482)
                                            Jeffrey A. Hoover (P71447)
                                            Attorneys for Plaintiff
                                            450 West Fourth Street
                                            Royal Oak, MI 48067
                                            (248) 645-1483
                                            Email: mwais@howardandhoward.com